THE PEOPLE OF THE STATE OF NEW YORK ex rel. FREDERICK R. McCULLOUGH, Respondent, *v.* SHERIFF OF KINGS COUNTY, Defendant, and MARYLAND CASUALTY COMPANY, Appellant.

(Argued May 8, 1930; decided June 3, 1930.)

528

*Jacob J. Alexander, John T. Loughran* and *Edward J. Dowling* for appellant.

*Francis P. ·Burns* for respondent.

Order of the Appellate Division reversed and that of the Special Term affirmed, with costs in this court and in the Appellate Division on the authority of *Townsend* v. *Whitney* (75 N. Y. 425).

Concur: CARDOZO, Ch. J., POUND, CRANE, KELLOGG, O'BRIEN and HUBBS, JJ. Not sitting: LEHMAN, J.